**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000546**
**07-OCT-2015**
**09:49 AM**

NO. CAAP-15-0000546

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
POOKELA KALEIKINI, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 14-1-0137)

ORDER APPROVING THE SEPTEMBER 19, 2015
STIPULATION FOR VOLUNTARY DISMISSAL OF THE APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal entered into by Emmanuel G. Guerrero, counsel for Defendant-Appellant Pookela Kaleikini, and Loren J. Thomas, Deputy Prosecuting Attorney, the Declaration of Defendant-Appellant Pookela Kaleikini, and the records and files herein, it appears that Defendant-Appellant has a knowing and intelligent understanding of the consequences of dismissal of his appeal and that he voluntarily consents to the dismissal of his appeal.

IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b) and (c).

DATED: Honolulu, Hawai'i, October 7, 2015.

Chief Judge

Associate Judge

Associate Judge